## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND DEPARTMENT OF THE ENVIRONMENT | * |
| | * |
| Plaintiff, | |
| | *     Civil Action No.  1:13-cv-10685 MJG |
| PATUXENT RIVERKEEPER, *et al.* | |
| | * |
| Intervenor Plaintiffs, | |
| | * |
| v. | |
| | * |
| GENON CHALK POINT, LLC, *et al.* | |
| | * |
| Defendants. | |
| | * |

\*     \*     \*     \*

## ORDER

Upon consideration of parties Consent Motion to Stay, it is this ___28th___

day of __August__ , 2013, **ORDERED** that

(1) All proceedings in the above-captioned case shall be stayed until the earlier of either a period of 120 days after entry of this Order or the filing of notice by any party that settlement discussions have terminated;

(2) Defendants shall have 30 days from the date this Stay is lifted to answer, move or otherwise respond to Plaintiff's and Intervenor Plaintiffs' Complaints.

_____/s/_____
Marvin J. Garbis
United States District Judge

EAST\57517307.3